OHIO STATE BAR ASSOCIATION *v*. PESKIN.

[Cite as *Ohio State Bar Assn. v. Peskin,* 127 Ohio St.3d 1251, 2010-Ohio-6087.]

(No. 2009-2009 — Submitted November 17, 2010 — Decided November 24, 2010.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1}  This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Lawrence Frederick Peskin, Attorney Registration No. 0059391, last known business address in Cleveland, Ohio.

{¶ 2}  The court coming now to consider its order of April 29, 2010, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of two years with 18 months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A).  Therefore,

{¶ 3}  It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.  It is further ordered that respondent submit, within one year of the release of the April 29, 2010 Supreme Court opinion in this matter, a qualified health-care professional's certification that he has successfully completed a substance abuse treatment program and is, in that professional's opinion to a reasonable degree of medical certainty, able to practice law in a competent, ethical, and professional manner.  It is further ordered that if respondent fails to do this, the stay will be lifted, and he will serve the full two-year suspension.

{¶ 4}  It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be

made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Ohio State Bar Assn. v. Peskin*, 125 Ohio St.3d 244, 2010-Ohio-1811, 927 N.E.2d 598.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____